## DAVIS, Federal Agent, v. PRESTON.
### Motion No. 9114; No. 687–4240.

Commission of Appeals of Texas, Section A.
Feb. 18, 1931.

For former opinion, see 118 Tex. 303, 16 S. W.(2d) 117.

Andrews, Streetman, Logue & Mobley, of Houston, for plaintiff in error.

McDonald & Wayman, of Galveston, and Cole, Cole, O'Connor & Jones, of Houston, for defendant in error.

### CRITZ, J.

The facts and circumstances involved in this motion are fully stated in an opinion by this section of the Commission rendered at the last term of the Supreme Court [118 Tex. 303, 16 S.W.(2d) 117] with reference to the above motion, and this opinion is here referred to and made a part hereof for a full statement of the matters involved.

The motion is filed by the defendant in error, and petitions the Supreme Court to recall its mandate heretofore issued in the name of James C. Davis, Federal Agent, and for the correction of the original judgment of the Supreme Court by the substitution of Andrew W. Mellon, Federal Agent, for and instead of James C. Davis. It is further prayed that as so corrected the mandate again issue in conformity with the corrected judgment. Andrew W. Mellon has appeared and contested the motion.

An examination of the records of the Supreme Court discloses that it has been its practice, under circumstances such as these, to grant the relief here prayed for. In the case of Payne v. Cummins, 243 S. W. 974, a similar motion was granted by this court and similar relief here prayed for awarded.

It appears that the mandate heretofore issued in the name of Davis has already been recalled at the last term of this court as recommended by the Commission in the opin-ion above mentioned, and this motion carried over by proper order of the Supreme Court, until this term.

We now recommend that the original judgment of the Supreme Court be corrected by the substitution of Andrew W. Mellon, as Federal Agent, for and instead of John C. Davis, and that as so corrected mandate again issue.

## FARRACY v. SECURITY NAT. BANK et al.
### Motions Nos. 196, 9182; No. 1191–5194.

Commission of Appeals of Texas, Section A.
Feb. 18, 1931.

For original opinion, see 29 S.W.(2d) 1073.

Davis, Synnott & Hatchell and John Davis, all of Dallas, for plaintiff in error.

Touchstone, Wight, Gormley & Price and Allen Wight, all of Dallas, for defendants in error.

### CRITZ, J.

The above cause is now before the Commission on two motions filed by the Security National Bank and the Southwest National Bank. Motion No. 196 is for permission to orally argue the motion for rehearing either before the Commission or the Supreme Court; and motion No. 9182 is for rehearing.

It is not the practice of the Commission to hear oral argument on motions for rehearing, except when invited.

We have read and carefully considered all of the questions presented in the motion for rehearing, and still adhere to the views expressed in our original opinion, and the judgment there recommended.

We therefore recommend that the motion to orally argue, and the motion for rehearing be both in all things overruled.